UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAN RICHARDSON,

      Plaintiff,

v.                                    CASE NO: 8:07-cv-708-T-23TBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## ORDER

    United States Magistrate Judge Thomas B. McCoun, III, submits a report and recommendation (Doc. 17) on the plaintiff's petition for review of a final decision of the Commissioner of Social Security (the "Commissioner"). Judge McCoun recommends affirming the Commissioner's final decision. The plaintiff objects (Doc. 19) and the Commissioner responds (Doc. 20) in opposition to the objections. A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution. Accordingly, the plaintiff's objections (Doc 19) are **OVERRULED**, the Magistrate Judge's recommendation (Doc. 17) is **ADOPTED**, and the Commissioner's

final decision is **AFFIRMED**.  The Clerk is directed to enter judgment in favor of the

Commissioner and against the plaintiff.

ORDERED in Tampa, Florida, on February 29, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge